```
Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC           )
                                       )
         Plaintiff,       vs.          )    Case No.: 5:10-CV-01734-WDK-FMO
                                       )
ROSA MARIA GARCIA, et al,              )         RENEWAL OF JUDGMENT
                                       )              BY CLERK
         Defendant,                    )
_____)

   Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and

C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc., and against Defendant, Rosa Maria Garcia, an

individual a/k/a Rosa Maria Garcia Perez d/b/a Birrieria San Marcos, entered on July 29, 2011, be and the same is

hereby renewed in the amounts as set forth below:

   Renewal of money judgment

   a. Total judgment                              $     6,250.00
   b. Costs after judgment                        $         0.00
   c. Subtotal *(add a and b)*                    $     **6,250.00**
   d. Credits                                     $         0.00
   e. Subtotal *(subtract d from c)*              $     **6,250.00**
   f. Interest after judgment(.18%)               $       111.51
   g. Fee for filing renewal of application       $        00.00
   h. Total renewed judgment (add e, f and g)     $     **6,361.51**

Dated: __June 28, 2021_____       CLERK, by *Sharon Hall Brown*
                                              _____
                                              Deputy

                                      Kiry A. Gray,
                                      Clerk of U.S. District Court

Renewal of Judgment